ELIAS WARN, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Warn* v. *N. Y. C. & H. R. R. R. Co*, 50 App. Div. 621, affirmed.
(Argued November 20, 1901; decided December 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 27, 1900, affirming a judgment in favor of plaintiff entered upon a verdict.

*Frank Hiscock* for appellant.

*William S. Jenney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.